USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/16/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO VELASQUEZ,

Plaintiff,

-against-

MULBERRY STREET CLEANERS INC., *a New York corporation d/b/a New Mott Cleaners*, and 278 MOTT, LLC, *a New York limited liability company*,

Defendants.

---

1:24-cv-02241-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the parties' joint letter and proposed case management plan. [ECF No. 32]. The parties inadvertently left bullet number one blank and therefore the proposed case management plan is incomplete.

IT IS HEREBY ORDERED that the parties shall complete and re-file the proposed case management plan by **January 17, 2025**.

**SO ORDERED.**

Date: **January 16, 2025**
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**