USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

                Plaintiff,

            -against-

MULBERRY STREET CLEANERS INC., *a New York corporation d/b/a New Mott Cleaners*, and 278 MOTT, LLC, *a New York limited liability company*,

                Defendants.

1:24-cv-02241-MKV

**ORDER OF DISMISSAL**

MARY KAY VYSKOCIL, United States District Judge:

    The Court has been notified that the parties reached an agreement to resolve all issues in this action. [ECF No. 37]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by April 18, 2025. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date:  March 19, 2025**
        **New York, NY**

                                                  **MARY KAY VYSKOCIL**
                                                  **United States District Judge**